# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0031, <u>State of New Hampshire v. Joseph Mills</u>, the court on May 6, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order.  <u>See</u> <u>Sup. Ct. R.</u> 20(2).  The defendant, Joseph Mills, appeals an order of the Superior Court (<u>Messer</u>, J.) denying his motion to dismiss a charge of kidnapping, <u>see</u> RSA 633:1, I(d) (2016), pursuant to the merger doctrine, <u>see</u> <u>State v. Brooks</u>, 164 N.H. 272, 292-96 (2012); <u>State v. Casanova</u>, 164 N.H. 563, 566-69 (2013).  He argues that the kidnapping charge was not sufficiently independent of the second-degree assault and simple assault charges against him, and, therefore, should have been dismissed.  As the appealing party, the defendant has the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's decision, the defendant's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error and affirm the court's decision.  <u>See</u> <u>id</u>.; <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,
Clerk**